MARGARET L. HASLER, as Administratrix of the Estate of ROBERT P. HASLER, Deceased, Respondent, *v.* COUNTY OF ONEIDA et al., Defendants, and CITY OF SHERRILL, Appellant.

CARRIE L. KEENE, as Administratrix of the Estate of GEORGE KEENE, Deceased, Respondent, *v.* COUNTY OF ONEIDA et al., Defendants, and CITY OF SHERRILL, Appellant.

NAOMI RICKLEFS, Respondent, *v.* COUNTY OF ONEIDA et al., Defendants, and CITY OF SHERRILL, Appellant.

Argued December 2, 1940; decided December 31, 1940.

*William F. Santry* for appellant.

*Willard R. Pratt* and *W. G. Shankenbery* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.